IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:02CR00151 |
| Lenora Drummond | ) | |
| | ) | |

ORDER TERMINATING PROBATION

The above named was placed on Probation on October 1, 2003 for a period of 4 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 17th day of October, 2006

_____
United States Senior District Judge